# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOSE VILLA FLORES,

    Plaintiff,

vs.

TARGET CORPORATION,

    Defendant.

Case No. 2:16-cv-01543-JCM-CWH

**ORDER**

    Presently before the court is a subpoena to Cynthia Jones (ECF No. 23) commanding attendance at a deposition. This subpoena was issued by Plaintiff's attorney and filed on April 28, 2017.

    On two previous occassions, the court has entered orders advising Plaintiff's attorney that discovery-related documents must not be filed in the court's docket under Local Rule 26-8 and has stricken those filings from the court's docket. (Min. Order (ECF No. 17); Min. Order (ECF No. 20).) Despite the court's previous warnings, Plaintiff's attorney persists in filing discovery-related documents in contravention of Local Rule 26-8. As a result of Plaintiff's attorney's failure to comply with this court's orders and local rules, the court will require Plaintiff to read Local Rule 26-8 and to file a certification that he has done so by May 8, 2017.

    IT IS SO ORDERED.

    IT IS FURTHER ORDERED that the Clerk of Court must STRIKE the subpoena to Cynthia Jones (ECF No. 23) from the docket.

    DATED: May 1, 2017

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**