UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JOSE VILLA FLORES, | Case No. 2:16-CV-1543 JCM (CWH) |
| Plaintiff(s), | ORDER |
| v. | |
| TARGET CORPORATION, et al., | |
| Defendant(s). | |

Presently before the court is the matter of *Flores v. Target Corporation*, case no. 2:16-cv-01543-JCM-CWH.

No action has been taken in this matter since February 13, 2019. *See* (ECF No. 36). As all dispositive motions have been denied, the parties are hereby ordered to file, within twenty-one (21) days from the date of this order, a joint proposed pretrial order ("JPPTO"). *See* (ECF No. 32). Failure to file a JPPTO may result in dismissal of this action for want of prosecution.

Accordingly,

IT IS SO ORDERED.

DATED August 5, 2019.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**