ALAN W. WESTBROOK, ESQ.
Nevada Bar No. 006167
Perry & Westbrook,
A Professional Corporation
1701 W. Charleston Boulevard #200
Las Vegas, Nevada 89102
Telephone: (702) 870-2400
Facsimile: (702) 870-8220
E-Mail: awestbrook@perrywestbrook.com
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSE VILLA FLORES, | CASE NO. 2:16-cv-01543-JCM-DJA |
| Plaintiff, | |
| vs. | **STIPULATION FOR CONTINUANCE OF TRIAL DATE** <br> **(First Request)** |
| TARGET CORPORATION, DOES 1 through 10 inclusive; ROE CORPORATIONS 11 through 20 inclusive, | |
| Defendants. | |

The above named parties, by and through their respective counsel of records, hereby submit the following STIPULATION FOR CONTINUANCE OF TRIAL DATE (First Request).

Pursuant to LR IA 6-1 This is the first stipulation to continue the trial date of the above captioned matter.

I.  Reasons for Extension

Recently, it has come to the attention of counsel that Defendant's sole medical expert witness has unexpectedly become unavailable during the time currently set for trial of this matter. Further, despite Defendant's preference for live testimony, efforts have been made to schedule a trial deposition to preserve this experts testimony for trial, however, such a deposition cannot be scheduled prior to the trial date.

As this witness is the only witness that Defendant will be able to present to counter the medical damages claim being asserted by Plaintiff, the parties have agreed to seek a short continuance of the trial to assure live testimony, or at a minimum, be able to preserve the

testimony through trial deposition.

As such, the parties request that the trial currently scheduled to begin on January 27, 2020, be continued to the soonest available date for the Court beyond February 28, 2020.

DATED this __10__ day of January, 2020.    DATED this __10__ day of January, 2020.

HARRIS & HARRIS                              PERRY& WESTBROOK,
                                             a Professional Corporation


By: __/s/ Brian Harris____                   By: __/s/ Alan W. Westbrook_____
    Brian Harris, Esq.                           ALAN W. WESTBROOK, ESQ.
    Nevada Bar No. 7737                          Nevada Bar No. 006167
    2029 Alta Drive                              1701 W. Charleston Boulevard #200
    Las Vegas, Nevada 89106                      Las Vegas, Nevada 89102
    bharris@harrislawyers.net                    Awestbrook@perrywestbrook.com
    Attorneys for Plaintiff                      Attorneys for Defendant


This case is set for Jury Trial on the ~~fixed~~ stacked calendar on __April 6, 2020, at 9:00 a.m._____. Calendar call will be held on __April 1, 2020, at 1:30 p.m._____.

IT IS SO ORDERED.

Dated January 14, 2020.



_____
UNITED STATES DISTRICT JUDGE