## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOSE VILLA FLORES, | Case No. 2:16-CV-1543 JCM (DJA) |
| Plaintiff(s), | ORDER |
| v. | |
| TARGET CORPORATION, et al., | |
| Defendant(s). | |

Presently before the court is defendant Target Corporation's emergency motion for status conference. (ECF No. 49).

Defendant seeks clarity on the status of trial in light of COVID-19. (*Id.*). This matter is currently set for the September 14, 2020, trial stack. The parties have conferred and both sides support this motion. (*Id.*).

This court hereby denies this motion and reminds the parties that civil jury trials will not be conducted within this district until further notice. *See* General Order 2020-03. This court sua sponte continues this trial until March 22, 2021.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that defendant Target Corporation's emergency motion for status conference (ECF No. 49) be, and the same hereby is, DENIED.

IT IS FURTHER ORDERED that calendar call currently scheduled for September 9, 2020, be, and the same hereby is, RESCHEDULED to March 17, 2021, at 1:30 PM in courtroom 6A.

. . .

**James C. Mahan**
**U.S. District Judge**

IT IS FURTHER ORDERED that the trial currently scheduled for September 14, 2020, be, and the same hereby is, RESCHEDULED to March 22, 2021, at 9:00 AM in courtroom 6A.

DATED August 5, 2020.

_____
UNITED STATES DISTRICT JUDGE