ALAN W. WESTBROOK, ESQ.
Nevada Bar No. 006167
Perry & Westbrook,
A Professional Corporation
1701 W. Charleston Boulevard #200
Las Vegas, Nevada 89102
Telephone: (702) 870-2400
Facsimile: (702) 870-8220
E-Mail: awestbrook@perrywestbrook.com
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSE VILLA FLORES,<br><br>  Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, DOES 1 through 10 inclusive; ROE CORPORATIONS 11 through 20 inclusive,<br><br>  Defendants. | CASE NO. 2:16-cv-01543-JCM-DJA<br><br>**STIPULATION FOR**<br>**CONTINUANCE OF TRIAL DATE**<br>**(Second Request)** |

The above named parties, by and through their respective counsel of records, hereby submit the following STIPULATION FOR CONTINUANCE OF TRIAL DATE (Second Request).

Pursuant to LR IA 6-1 This is the second stipulation to continue the trial date of the above captioned matter.

I.     Reasons for Extension

Due to the unusual circumstances with the COVID-19 pandemic and associated disruptions in business and legal proceedings, including the prior suspension of trials, certain medical expert witnesses are currently unavailable for the March 22, 2021 trial date .

The parties have agreed to seek a short continuance of the trial to assure live testimony, or at a minimum, be able to preserve the testimony through trial deposition.

/ / / /

/ / / /

As such, the parties request that the trial currently scheduled to begin on March 22, 2021, be continued to the soonest available date for the Court beyond April 30, 2021.

DATED this  18  day of February, 2021.      DATED this  18  day of February, 2021.

HARRIS & HARRIS                                                PERRY & WESTBROOK,
                                                               a Professional Corporation

/s/ Brian Harris                                               /s/ Alan W. Westbrook
BRIAN HARRIS, ESQ.                                             ALAN W. WESTBROOK, ESQ.
Nevada Bar No. 7737                                            Nevada Bar No. 006167
2029 Alta Drive                                                1701 W. Charleston Boulevard #200
Las Vegas, Nevada 89106                                        Las Vegas, Nevada 89102
Email: bharris@harrislawyers.net                               Email: Awestbrook@perrywestbrook.com
*Attorney for Plaintiff*                                       *Attorney for Defendant*

This case is set for Jury Trial on the fixed stacked calendar on September 13, 2021 at 9:00 am

Calendar call will be held on  September 8, 2021 at 1:30 pm  .

    IT IS SO ORDERED.

    Dated  February 19, 2021.

_____
UNITED STATES DISTRICT JUDGE